DERRICK DESHAWN GILBERT
TDCJ # 1977834
HOUSE 7H2-26B
Mark w Stiles unit
3060 FM 3514
BEAUMONT TX
77705

Court of Appeals First
District 301 Fannin street
Houston, TEXAS

77002-2066

MOTion FOR extension FOR
Discretionary review in THE
TEXAS court of Criminal Appeals

I DERRICK DESHAWN GILBERT APPELLANT FROM CASE NO 01-15-00144-CR
this is motion For extension For Discretionary review from pro se to AS
For 30 days Time that there are merits To show The court of Criminal
Appeals see Bledsoe vs state 178 S. w. 3d 824, 827 (TEX. Crim App. Also
THE appellant will challenge the arguable for appeal by Filing a
petition for discretionary review in the court of Criminal Appeals
See. B Rule of Appellate Procedure 6.5(E) and File a copy of that notice with the clerk of this court. See TEX R. APP P. 6.5(E)
The appellant contains there are reversible error. Please date
this motion with A stamp copy. Dear clerk Date may 25, 2016
Time 8:06 Pm

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2016

Abel Acosta, Clerk

1

DERRICK DESHAWN GILBERT

VS

THE STATE OF TEXAS

CASE NO. 01-15-00144-CR

Court of Appeals 1rist District
301 Fannin street
Houston TEXAS 77002-2066

## ORDER

In the court of criminal of appeals requesting for A Extension of time

( ) GRANTED                    ( ) DENIED

_____
PRESIDING MAGISTRATE

_Derrick Gilbert_
Applicant pro se
DERRICK DESHAWN GILBERT

## PRAYER

Applicant prays this HONORABLE court will construe his requests for motions as a layman and not as strictly as a Board certified Attorneys or paralegal as the court so states in Haines v. Kerner 404 U.S. 519; 92 s.ct. 594; 594 L.Ed 2d 652 (1972) and Hulsey V. owens 63 F. 3d 354, 355n.1 (5TH cir. 1995)

Respectfully submitted
_Derrick Gilbert_
DERRICK DESHAWN GILBERT
Applicant pro se

2